IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHARLENE WALKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO.:  1:16-cv-1554-SCJ |
| SERENE REFLECTIONS FOR ) | |
| HOLISTIC BEHAVIOR ) | |
| WELLNESS, LLC and ) | |
| SHEILA HAWKINS ) | |
| ) | |
| Defendants. ) | JURY TRIAL DEMANDED |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*, the parties stipulate and agree to the dismissal of this case with prejudice, with each party to bear their own costs and attorneys' fees.

Respectfully submitted this 14th day of November, 2016.

By: /s/ *Paul J. Sharman*
Paul J. Sharman
Georgia Bar No. 227207
paul@sharman-law.com
The Sharman Law Firm LLC
11175 Cicero Drive, Suite 100
Alpharetta, Georgia 30022
Tel: (678) 242-5297
Fax: (678) 802-2129

*Attorney for Plaintiff*

By: */s/Charles T. Brant*
Charles T. Brant, Esq.
Georgia Bar No.: 078070
office@colomandbrantlaw.com
Colom and Brant
One Ninety One Peachtree Tower
191 Peachtree Street, N.E., Suite 3270
Atlanta, Georgia 30303
Tel: (404) 522-5900
Fax: (404) 389-0715

*Attorney for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHARLENE WALKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO.: 1:16-cv-1554-SCJ |
| SERENE REFLECTIONS FOR ) | |
| HOLISTIC BEHAVIOR ) | |
| WELLNESS, LLC and ) | |
| SHEILA HAWKINS ) | |
| ) | |
| Defendants. ) | JURY TRIAL DEMANDED |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 14, 2016, a true copy of the JOINT STIPULATION OF DISMISSAL WITH PREJUDICE was filed in the CM/ECF system which will provide email notice to all attorneys of record.

                                    /s/ *Paul J. Sharman*
                                    PAUL J. SHARMAN
                                    Georgia State Bar No. 227207
                                    The Sharman Law Firm LLC

11175 Cicero Drive, Suite 100
Alpharetta, GA 30022
Phone: (678) 242-5297
Fax: (678) 802-2129
Email: paul@sharman-law.com

2